# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CAMBERNEISE BRIDGEFORTH,<br><br>　　Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, AND ARTAVIA TATE,<br><br>　　Defendants. | No. 2:23-cv-02704-SHL-cgc |

## ORDER DENYING WITHOUT PREJUDICE STIPULATION OF DISMISSAL

Before the Court is Defendants' Stipulation of Dismissal, filed May 1, 2024. (ECF No. 27.) The stipulation purports to dismiss Plaintiff's action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and yet it is only signed by Defendants. (Id. at PageID 106.) The rule is unequivocal—the stipulation of dismissal must be "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because Defendants' notice is improper under the Federal Rules of Civil Procedure, dismissal is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 1st day of May, 2024.

　　　　　　　　　　　　　　　　　　　　s/ Sheryl H. Lipman
　　　　　　　　　　　　　　　　　　　　SHERYL H. LIPMAN
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE